**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Richard David DEGOUT, a/k/a New York Steve, Defendant–Appellant.**

**No. 02–7146.**

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 30, 2002.

David Irving McCaskey, Law Office of David I. McCaskey, Staunton, Virginia, for Appellant. Jean Barrett Hudson, Office of the United States Attorney, Charlottesville, Virginia, for Appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

PER CURIAM.

Richard David Degout seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Degout has not made a substantial showing of a denial of a constitutional right. *See United States v. Degout,* Nos. CR–94–8; CA–99–844 (W.D.Va. May 16, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*